IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MICHAEL L. SIMS,

      Appellant,

 v.

Case No. 5D22-724
LT Case Nos. 2008-CF-1366-B
             2008-CF-5493-A

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed May 9, 2023

Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Michael L. Sims, Arcadia, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock McGuigan,
Assistant Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

     AFFIRMED. *See Steinhorst v. State*, 636 So. 2d 498, 500 (Fla. 1994);

*Goolsby v. State*, 914 So. 2d 494, 496 (Fla. 5th DCA 2005).

LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.